Case 1:25-mj-00203-GMH     Document 1-1

Case: 1:25-mj-00203
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/4/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

In and around February 2025, the Metropolitan Police Department's Violent Crime Suppression Division ("VCSD") Overdose Section, along with the Drug Enforcement Agency ("DEA"), began investigating sales of controlled substances in the 700 block of H Street Northeast, Washington, D.C., 20002.

During the investigation, law enforcement developed evidence that the defendant, Pierre BLACK, (DOB:            ) was selling narcotics from inside of a store in the 700 block of H Street, Northeast, Washington, D.C. Law enforcement introduced an undercover officer, who conducted multiple controlled buys of narcotics, including fentanyl, from BLACK. After one such controlled purchase, on May 29, 2025, during which the undercover purchased a substance containing fentanyl and other drugs from BLACK during a face-to-face transaction. Using a law enforcement photo of BLACK, the undercover identified BLACK as the person who sold them the drugs.

On July 27, 2025, the undercover officer contacted BLACK at              to arrange for the purchase of fentanyl. An unidentified female answered the phone and stated words to the effect of "he in the store," apparently referencing BLACK. The undercover asked that BLACK contact the undercover. BLACK did so and stated to the undercover words to the effect of, he "got something real nice." The undercover and BLACK arranged for a two-ounce purchase of fentanyl for $4,000 for the next day.

On July 28, 2025, the undercover contacted BLACK a              and an unknown female answered again. The unknown female stated words to the effect of, "he can hear you" to the undercover, consistent with the speakerphone feature of the phone being used and BLACK listening. The undercover then confirmed with BLACK that they were meeting at the predetermined location for the transaction. BLACK agreed and reported that he would call the undercover ahead of time.

On July 28, 2025, members of VCSD's Overdose Section and the DEA went to the predetermined buy location in the area of the 100 block of Irving Street Northwest, Washington, D.C. BLACK contacted the undercover and reported he was five minutes away. At 8:41 a.m., the undercover observed a black SUV, which the undercover recognized as the SUV that BLACK frequently drove, arrive and park next to a building. The undercover walked up to the SUV and saw a female wearing a white and black head wrap and a white T-shirt seated in the front passenger seat. The undercover greeted the female, BLACK and the undercover exchanged greetings as well.

Standing outside the front passenger window, the undercover reached past the female passenger and handed BLACK $4,300 in U.S. currency; $4,000 for the instant purchase, and $300 for a previous purchase that was still owed to BLACK. In return, BLACK handed the undercover a clear plastic bag containing two knotted plastic bags, each containing a tan powdery substance.

Using a law enforcement photo of BLACK, the undercover again identified BLACK as the person who sold them fentanyl on July 28, 2025.

A portion of the tan powdery substance the undercover received from BLACK on July 28, 2025, was tested by the DEA Mid-Atlantic laboratory. The final report revealed that the substance contained Heroin, N-Phenyl-[1-(2-phenylethyl)-4-piperidinyl]propenamide(Fentanyl), and BIS(2.2.6.6-tetramethyl-4-piperidyl) Sebacate (BTMPS). The substance weighed 53.90 grams.

Based on the foregoing facts, I submit that there is probable cause to believe that PIERRE BLACK has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (Distribution and Possession with Intent to Distribute 40 Grams or More of Fentanyl).

_____
DETECTIVE CRISTEN MODLIN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, the 4th day of September 2025.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE