**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 25-mj-203 |
| | ) | Bond Hearing: September 15, 2025 |
| **PIERRE BLACK,** | ) | |
| **Defendant** | ) | |

## MOTION TO CONTINUE

COMES NOW undersigned counsel and moves the Court to continue the bond hearing scheduled for today, September 15, 2025, at 12:00 p.m. and reschedule the hearing for September 19, 2025 at 12:00 p.m. In support thereof undersigned counsel states as follows:

1. Undersigned counsel had a personal emergency at the end of last week that precluded him from being fully prepared for today's hearing.

2. Undersigned counsel conferred with assistant U. S. Attorney Solomon Eppel about this continuance request, and he advised that the government has no objection to this request.

WHEREFORE, undersigned counsel respectfully moves this Honorable Court to grant this Motion to Continue and reschedule the bond hearing for September 19, 2025 at 12:00 p.m.

Respectfully submitted

PIERRE BLACK

By: *Kevin Wilson*
Kevin E. Wilson, Esq. / VSB# 80033
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815
P: (855) 749-2100
kevin@kevinewilsonlaw.com

## CERTIFICATE

I hereby certify that on September 15, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*Kevin Wilson*
Kevin E. Wilson, Esq.